*pauperis* and certiorari granted. In addition to question presented by the petition, parties are directed to brief and argue question of mootness.

No. 74–175. MIDDENDORF, SECRETARY OF THE NAVY, ET AL. *v.* HENRY ET AL.; and

No. 74–5176. HENRY ET AL. *v.* MIDDENDORF, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Motion of petitioner in No. 74–5176 for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 73–1578. IVELI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1663. GARDNER *v.* UNITED STATES; and

No. 73–6631. SANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1809. UNITED STATES *v.* BRADSHAW. C. A. 4th Cir. Certiorari denied.

No. 73–1838. CRISLER, COMMISSIONER OF PUBLIC SAFETY OF MISSISSIPPI, ET AL. *v.* MORROW ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1878. ZANE ET AL. *v.* UNITED STATES; and

No. 73–1901. PERSKY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1922. FIRST PRESBYTERIAN CHURCH OF FOREST PARK ET AL. *v.* LOWE ET AL. Sup. Ct. Ill. Certiorari denied.